# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRIAN R HUGHES**                                                                      **PLAINTIFF**
**ADC #119986**

**v.**                               **CASE NO. 4:24-cv-00932-BSM**

**HAYNES,** *et al.*                                                        **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Brian Hughes's objection, United States Magistrate Judge Edie Ervin's partial recommended disposition [Doc. No. 6] is adopted. Hughes official capacity claims against all defendants are dismissed. His individual capacity claims against Audrey Wilkins and Wellpath LLC are also dismissed. The clerk is directed to terminate Wilkins and Wellpath as party defendants.

IT IS SO ORDERED this 22nd day of July, 2025.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE