# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRIAN R. HUGHES**                                                              **PLAINTIFF**

**v.**                           **CASE NO. 4:24-CV-00932-BSM-ERE**

**JAZMINE HAYNES, et al.**                                                       **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 92] is adopted, and Brian Hughes's claims against Steven Brown are dismissed without prejudice. The clerk is directed to update the docket to reflect the dismissal of Brown as a party.

IT IS SO ORDERED this 24th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE